1

2

Thomas P. Cartmell, 45366

3  Thomas J. Preuss, 54923
Christopher L. Schnieders 57725

4  Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300

5  Kansas City, MO 64112
Phone: 816-701-1100

6  Facsimile: 816-531-2372
Attorneys for Plaintiffs, Johnnie Scott

7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12

13  |                                          ) Case Specific Number 05-4781
IN RE: BEXTRA AND CELEBREX              )

14  MARKETING SALES PRACTICES AND          ) **MDL NO. 1699**
PRODUCT LIABILITY LITIGATION           ) **District Judge:  Charles R. Breyer**

15  |                                          )

16  |                                          )
Johnnie Scott,                         )

17  |                                          ) **STIPULATION AND ORDER OF**
Plaintiffs,             ) **DISMISSAL WITH PREJUDICE**

18  |                                          )
vs.                      )

19  |                                          )
Pfizer, Inc., et al.                   )

20  |                         Defendants.      )

21

22
Come now the Plaintiff, (JOHNNIE SCOTT), and Defendants, by and through the

23
undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

24
stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'

25
fees and costs.

26      DATED:  February 20, 2009

27

28                      By:

Attorneys for Plaintiff, Johnnie Scott
-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1

2     DATED: April 27, 2009     DLA PIPER US LLP

3

4                             By: _____

                                   Michelle Sadowsky

5                                    Attorneys for Defendants

6

7

8     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

9

10     Dated: April 30, 2009

11                           Hon. Charles R. Breyer

                         United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE