IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER** |

*This document relates to:*

Merlvin L. Perkins, 05-4781 CRB
_____/

The Court is in receipt of a submission from Plaintiff Merlvin L. Perkins requesting an additional sixty (60) days in which to comply with PTO 31, as well as an opposition to that motion filed by Defendant Pfizer. While the Court is sympathetic to Plaintiff's circumstances and understands that Plaintiff wishes to replace his attorney, an extension is not necessary at this time. Plaintiff is free to seek additional time from the Special Master in response to any compliance motion filed by Defendant. Plaintiff will also have the opportunity to comply with PTO 31 at any time before the hearing on any motion to dismiss filed by defendant. Plaintiff thus has nearly three months to comply with PTO 31 before facing dismissal. Accordingly, Plaintiff's pending request is DENIED.

**IT IS SO ORDERED.**

Dated: September 10, 2009

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderreperkins.wpd

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

G:\CRBALL\2005\1699\ordersmisc\orderreperkins.wpd