IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER** |

*This document relates to:*

Merlvin L. Perkins, 05-4781 CRB
_____/

    The Court is in receipt of a submission from Plaintiff Merlvin L. Perkins again requesting "a 60 day extension from the September dead-line, to let me have time to get another attorney or see if I can file pro se." As the Court explained in its September 10, 2009 Order, an extension is not necessary. The Court will not dismiss Plaintiff's claim for failure to prosecute at this time, and will communicate with Plaintiff through the contact information included on the last page of Plaintiff's submission. Plaintiff is free to seek additional time from the Special Master in response to any compliance motion filed by Defendant. Plaintiff will also have the opportunity to comply with PTO 31 at any time before the hearing on any motion to dismiss filed by defendant. Plaintiff's request is therefore DENIED.

    **IT IS SO ORDERED.**

Dated: September 22, 2009

                                                     CHARLES R. BREYER
                                                     UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderreperkins.wpd