UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION | CASE NO. MDL No. 1699 |
|---|---|
| | **ORDER OF DISMISSAL WITH PREJUDICE** |

This Document Relates to:

| | |
|---|---|
| Will Bass, Sr. | 06-0087 CRB |
| Jean M. Benham, et al. | 06-1689 CRB |
| Louise Bush | 06-2431 CRB |
| Ethel L. Cook | 05-4779 CRB |
| Junior Counts | 06-2081 CRB |
| Richard Croft | 06-1901 CRB |
| David L. Davis | 08-1858 CRB |
| Robert C. Duke, et al. | 07-0056 CRB |
| Julie E. Greer | 08-1858 CRB |
| Wayne A. Gunnison | 06-3665 CRB |
| Jonathan Halley | 05-4781 CRB |
| Clarice Hare | 05-4735 CRB |
| Earl J. Lachney | 06-3094 CRB |
| Robert Lewis | 08-0220 CRB |
| Randolph D. McMillion, et al. | 07-0473 CRB |
| Lecia Nolan | 06-2434 CRB |
| Clara Olmsted | 08-1858 CRB |
| Heathere Ralph | 06-2436 CRB |
| Martha Taylor | 06-0087 CRB |

The Court ordered the plaintiffs identified in the caption to show cause why their actions should not be dismissed for lack of prosecution. As of the date of the hearing on the show cause order, no plaintiff listed in the caption has responded to the Court's order and no plaintiff appeared at the show cause hearing. Accordingly, the actions identified in the above caption are DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

Dated: September 25, 2009

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

- 2 -
ORDER OF DISMISSAL WITH PREJUDICE – M:05-CV-01699-CRB